# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TYREE HUDSON,**

      **Plaintiff,**

v.                                                                                                                  **Case No: 6:21-cv-1685-GAP-DCI**

**MRS BPO, LLC,**

      **Defendant.**

## ORDER

In the interest of justice, the undersigned transfers this case to United States Magistrate Judge Gregory J. Kelly, with his permission.

**ORDERED** in Orlando, Florida on October 14, 2021.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE