**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TYREE HUDSON,

Plaintiff,

v.

MRS BPO, LLC,

Defendant.

Civil Action No. 6:21-cv-01685-GAP-DCI

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

a. Tyree Hudson;

b. Plaintiff's attorney, The Law Offices of Jibrael S. Hindi, PLLC;

c. Plaintiff's attorney, Jibrael S. Hindi, Esq.;

d. Plaintiff's attorney, Thomas J. Patti, Esq.;

e. MRS BPO, LLC;

f. MRS Associates, Inc.;

g. Defendant's attorney, The Law Offices of Ronald S. Canter, LLC;

h. Defendant's attorney, Ronald S. Canter, Esq.; and

i. Defendant's attorney, Moss & Barnett, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3. The name of ever other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors): None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution: N/A.

5. Check one of the following:

☒ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or-

☐ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

Dated: November 3, 2021

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
Bar # 335045
The Law Offices of Ronald S. Canter, LLC
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
rcanter@roncanterllc.com

*Local address:*
400 S. Dixie Hwy #322
Boca Raton, Florida 33432
*Attorneys for Defendant MRS BPO, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2021, the foregoing document was filed with the Clerk of the Court and served via ECF procedures upon the following:

Jibrael S. Hindi, Esq.
Thomas J. Patti, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street Suite 1744
Ford Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com
*Counsel for Plaintiff*

/s/ Ronald S. Canter
Ronald S. Canter, Esq.
*Attorneys for Defendant MRS BPO, LLC*