UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TYREE HUDSON,

    Plaintiff,

v.                                                                      Case No:   6:21-cv-1685-GAP-GJK

MRS BPO, LLC

    Defendant.

## ORDER

This cause is before the Court *sua sponte*. Plaintiff is directed to show cause by a written response to be filed by January 5, 2022, why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.02(b). Failure to respond may result in a dismissal of this action without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 22, 2021.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party